| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | DOUK DUKE PEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:12-CR-0354 LJO-SKO |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE MOTIONS** |
| v. | ) | **SCHEDULE, SENTENCING HEARING,** |
| | ) | **AND ORDER** |
| DOUK DUKE PEN, | ) | |
| | ) | DATE: May 13, 2013 |
| Defendant. | ) | TIME: 8:30 A.M. |
| | ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel, Assistant United States Attorney Kevin P. Rooney, and Assistant Federal Defender Victor M. Chavez, that a new sentencing schedule be set as follows:

| **Event:** | **Present Date:** | **Requested New Date:** |
|---|---|---|
| Informal Objections Due | April 8, 2013 | April 22, 2013 |
| Formal Objections Due | April 22, 2013 | May 6, 2013 |
| Sentencing Hearing | April 27, 2013 | May 13, 2013 |

This continuance is requested by counsel for defendant. Counsel will be out of the office from March 25, 2013 through April 8, 2013.

///

///

///

///

|   |   |   |   |
|---|---|---|---|
| | | | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 22, 2012 | | By: | /s/ *Kevin P. Rooney*<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| | | | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: March 22, 2011 | | By: | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>DOUK DUKE PEN |

**ORDER**

IT IS SO ORDERED.

**Dated:   March 25, 2013**          /s/  Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

PEN - Stipulation to Continue Motions
Schedule and Sentencing Hearing